DAVID COPELAND *v.* WARDEN, STATE PRISON

The petitioner David Copeland's petition for certification for appeal from the Appellate Court, 26 Conn. App. 10, is granted, limited to the following issue:

"After a defendant has been found not guilty by reason of mental disease or defect, does the trial court have the authority to impose a criminal sentence consecutive to the defendant's psychiatric commitment?"

*David J. Wenc,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided October 16, 1991

SOCIETY FOR SAVINGS *v.* CARMINE S. STRAMAGLIA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 688, is granted, limited to the following issue:

"In the circumstances of this case, was it an abuse of discretion to deny the motion to open a judgment of strict foreclosure?"

*Robert L. Fisher, Jr.,* in support of the petition.

Decided October 24, 1991

STATE OF CONNECTICUT *v.* RUBEN POLANCO

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 33, is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided October 24, 1991